# VERDICT A

**Note: Complete this form by writing in the name required by your verdict.**

On Plaintiffs' claim for breach of contract against defendant State Farm Life Insurance Company, as submitted in Instruction No. 15, we find in favor of:

_____Plaintiffs_____
(Plaintiffs)     OR     (Defendant, State Farm Life Insurance Company)

On Plaintiffs' claim for conversion against defendant State Farm Life Insurance Company, as submitted in Instruction No. 16, we find in favor of:

_____Plaintiffs_____
(Plaintiffs)     OR     (Defendant, State Farm Life Insurance Company)

**Note: Complete the following paragraphs only if either of the above findings is in favor of Plaintiffs.**

We find the damages of Plaintiffs to be $ 34,333,495.81
(*state the amount, or if none, write the word "none"*).

_____[signature]_____
Foreperson

Date: 06/06/2018