# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. VOGT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 16-4170-CV-C-NKL <br><br> June 6, 2018 |

## JUDGMENT IN A CIVIL CASE

__X__  Jury Verdict.  This action came before the Court for a trial by jury.

___  Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdict rendered on June 6, 2018, the jury found as follows:

On Plaintiffs' claim of breach of contract against defendant State Farm Life Insurance Company, the jury found in favor of Plaintiffs. On Plaintiffs' claim for conversion against defendant State Farm Life Insurance Company, the jury found in favor of Plaintiffs. The jury found damages of Plaintiffs to be $34,333,495.81.

Date: June 6, 2018

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy