# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3481

Michael G. Vogt

Appellee

v.

State Farm Life Insurance Company

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04170-NKL)

___

**ORDER**

The motion to assign the appeal to the original panel for expedited review and for summary affirmance is denied. Appellant's brief remains due 01/19/2021.

December 23, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans