# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL VOGT, )<br>on behalf of himself and all others )<br>similarly situated, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　)<br>STATE FARM LIFE　　　　　　　　　　 )<br>INSURANCE COMPANY　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　　　) | Case No. 2:16-CV-04170-NKL<br><br>RETURNABLE _____ |

## **WRIT OF EXECUTION**

UNITED STATES OF AMERICA, Western District of Missouri;

The President of the United States of America, To the Marshal of the United States in and for the Western District of Missouri,

GREETINGS:

WHEREAS, on the 12th day of October, 2018, and the 17th day of November, 2020, at the District Court of the United States for the Western District of Missouri, Central Division, before our Judge thereof, Plaintiffs, Michael Vogt, and a certified class of all others similarly situated, recovered against Defendant, State Farm Life Insurance Company, damages in the amount of $34,322,414.84 as and for the principal balance unsatisfied on the judgment rendered herein, in the sum of $4,521,674.38 (as and for prejudgment interest to the date of trial), and $2,246,238.13 (as for post judgment interest accrued through December 23, 2020 at the 2.23% rate compounded annually, for an aggregate amount of $41,090,327.35), pursuant to this Court's Judgments entered on October 12, 2018, and November 17, 2020, plus an additional $2,482.94 per diem as post judgment interest (calculated as $41,090,327.35*[1.0223^(1/365)-1]) from and after

December 23, 2020, until the date the judgment is satisfied, in an action decided in said court, as appears to us of record, of which no portion of said sum has been paid.

THERE ARE, THEREFORE, to command you, that of the goods and chattels, land and tenements of the said Defendant and Judgment Debtor, State Farm Life Insurance Company, you cause to be made the unpaid balance of $41,090,327.35, plus per diem interest from and after December 23, 2020, at the rate of $2,482.94 per day until the date the judgment is satisfied, and that you have the same before the Judge of our said court on _____, to render to the same Plaintiffs, Michael Vogt, and a certified class of all others similarly situated, and that you certify to our said Judge how you execute this writ.

WITNESS, the Judge of the United States District Court for the Western District of Missouri, this ___ day of _____, 20_____. Issued at office in Jefferson City, under the seal of said District Court, the day and year last mentioned.

CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

By: _____
Deputy Clerk

Case No. 2:16-CV-04170-NKL            Marshal's Docket No. _____

| | |
|---|---|
| Judgment (including prejudgment interest) | $ 38,844,089.22 |
| Post-judgment interest through 12/23/2020 | $ 2,246,238.13 |
| Total as of 12/23/2020 | $ 41,090,327.35 |