# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL G. VOGT, et al., individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM LIFE INSURANCE )<br>COMPANY, )<br>)<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 2:16-CV-04170 NKL |

## STATE FARM LIFE INSURANCE COMPANY'S NOTICE OF INTENT TO OPPOSE APPLICATION FOR WRIT OF EXECUTION

Defendant State Farm Life Insurance Company hereby advises the Court that it intends to oppose Plaintiff's Application for a Writ of Execution (Doc. 448) filed on December 23, 2020. Absent any orders to the contrary, pursuant to Local Rule 7.0(c)(2), the deadline for the opposition is fourteen days from today (January 6, 2021).

Respectfully submitted,

**STINSON LLP**

By:    */s/Jeremy A. Root*
         Jeremy A. Root, MO Bar # 59451
         230 W. McCarty Street
         Jefferson City, Missouri 65101
         (573) 636-6263 (Telephone)
         (573) 636-6231 (Facsimile)
         jeremy.root@stinson.com
         *Attorney for Defendant*
         State Farm Life Insurance Company

         Todd A. Noteboom (*pro hac vice*)
         William L. Greene (*pro hac vice*)

> 50 South Sixth St., Suite 2600
> Minneapolis, MN 55402
> (612) 335-1500 (Telephone)
> todd.noteboom@stinson.com
> william.greene@stinson.com
>
> *Attorneys for Defendant*
> **State Farm Life Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the court's ECF filing service on the 23rd day of December, 2020, which will notify all parties of record.


*/s/ Jeremy A. Root*