# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3481

Michael G. Vogt

Appellee

v.

State Farm Life Insurance Company

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04170-NKL)

---

**ORDER**

The motion to seal filed by Mr. Jeremy Root is granted. The Court is hereby sealing the following: Volume 19 of joint appendix.

January 22, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans