IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. VOGT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM LIFE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 16-4170-CV-C-NKL ) ) ) ) ) ) |

**AMENDED JUDGMENT IN A CIVIL CASE**

\_\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.

 **X**  Decision by Court.  This action came to trial or hearing before the Court.
 The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order, Doc. 402, entered by the Honorable Nanette K. Laughrey on October 11, 2018, State Farm's motion to decertify the class, Doc. 352, is denied.  It is further

ORDERED that pursuant to the Order, Doc. 403, entered by the Honorable Nanette K. Laughrey on October 11, 2018, State Farm's Rule 50 motions for judgment as a matter of law and its Rule 59 motion for a new trial, Docs 347 and 373, are denied.  It is further

ORDERED that pursuant to the Order, Doc. 404, entered by the Honorable Nanette K. Laughrey on October 11, 2018, Plaintiffs' motion to amend the judgment (Doc. 377) is granted in part and denied in part. The class definition is amended to read as follows: "All persons who own or owned a universal life insurance policy issued by State Farm on Form 94030 in the State of

Missouri. The Class excludes: State Farm; any entity in which State Farm has a controlling interest; any of the officers, directors, or employees of State Farm; the legal representatives, heirs, successors, and assigns of State Farm; any State Farm independent contractor insurance agents; anyone employed with Plaintiffs' counsel's firms; and any Judge to whom this case is assigned and his or her immediate family. The Class also excludes the owners of 487 policies that were not subject to overcharges alleged by Plaintiffs (identified in Exhibit A) and the 55 policy owners of 62 policies who timely requested exclusion from the class (identified in Exhibit B)." The jury's award is reduced to $34,322,414.84. The judgment is amended to provide post-judgment interest at the rate of 2.23%, compounded annually beginning June 6, 2018 until paid. Plaintiff's proposed method of allocation and the proposal to appoint Angeion Group to oversee the distribution of net funds to the class each are approved. Plaintiffs' request for additional prejudgment interest is denied. It is further

ORDERED that pursuant to the Order, Doc. 440, entered by the Honorable Nanette K. Laughrey on November 17, 2020, Plaintiffs' motion for prejudgment interest is granted. Consistent with the Eighth Circuit's rulings, the Court awards Plaintiffs prejudgment interest in the amount of $4,521,674.38. It is further

ORDERED that pursuant to the Order, Doc. 458, entered by the Honorable Nanette K. Laughrey on January 25, 2021, the Court grants Class Counsel's motion for a fee award of one-third of the Common Fund ($34,322,414.84, plus $4,521,674.38 in prejudgment interest, plus post-judgment interest, which continues to accrue) and reimbursement of their expenses, which total $245,658.05. The motion for a service award for Mr. Vogt is granted in part; Mr. Vogt is awarded $15,000 from the Common Fund.

Date: January 25, 2021     PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy