IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

BOND NO. _____

**Michael Vogt**_____

    **PLAINTIFF**

              vs.              Case NO. **2:16-CV-4160-NKL**

**State Farm Life Insurance Company**
    **DEFENDANTS**

## SUPERSEDEAS BOND

KNOW ALL PERSONS BY THESE PRESENTS:

That We **STATE FARM LIFE INSURANCE COMPANY**, as Principal, and **STATE FARM FIRE AND CASUALTY COMPANY,** as Surety, are held and firmly bound unto **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION,** in the just and full sum of **FORTY-TWO MILLION, FIVE HUNDRED EIGHTY-NINE THOUSAND, ONE HUNDRED TWENTY-TWO AND 65/100** Dollars (**$42,589,122.65**).

WHEREAS, on the 6th day of JUNE, 2018, a judgment was rendered by this Court in the above-entitled action in favor of the Plaintiff, **MICHAEL VOGT, individually and on behalf of a class of similarly situated persons**, and against the Defendant, **STATE FARM LIFE INSURANCE COMPANY**, adjusting and decreeing that the Plaintiff recover from said Defendant, the amount of THIRTY-FOUR MILLION, THREE HUNDRED THIRTY-THREE THOUSAND, FOUR HUNDRED NINETY-FIVE AND 81/100 DOLLARS (**$34,333,495.81**); and

WHEREAS, on the 12th day of OCTOBER, 2018, this judgment was amended by this Court, adjusting and decreeing that the Plaintiff recover from said Defendant the amount of THIRTY-FOUR MILLION, THREE HUNDRED TWENTY-TWO THOUSAND, FOUR HUNDRED FOURTEEN AND 84/100 DOLLARS (**$34,322,414.84)** and post-judgment interest at 2.23% compounded annually beginning June 6, 2018 until paid; and

WHEREAS, both Plaintiff and Defendant appealed from the October 12th, 2018 judgment to the United States Court of Appeals for the Eighth Circuit; and

WHEREAS, the Eighth Circuit affirmed the amended judgment of October 12th, 2018 in part, reversed the judgment in part, and remanded the case for further proceedings related to pre-judgment interest in an opinion on June 26, 2020; and

WHEREAS, the Eighth Circuit issued its mandate in connection with the June 26, 2020 opinion on August 31, 2020; and

WHEREAS, on the 17th day of NOVEMBER, 2020, this Court entered an order awarding pre-judgment interest to the Plaintiff in the amount of FOUR MILLION, FIVE HUNDRED TWENTY-ONE THOUSAND, SIX-HUNDRED SEVENTY-FOUR AND 38/100 DOLLARS (**$4,521,674.38**); and

WHEREAS, the amount of post-judgment interest accrued on the October 12, 2018 judgment amount between June 6, 2018 (the date of the original judgment) and November 17, 2020 is ONE MILLION, NINE HUNDRED SEVEN THOUSAND, TWO HUNDRED FIFTY-EIGHT AND 10/100 DOLLARS (**$1,907,258.10**); and

WHEREAS, the sum of the October 12, 2018 judgment amount, the post-judgment interest accrued on that amount between June 6, 2018 and November 17, 2020, and the amount of pre-judgment interest ordered by the Court on November 17, 2020 is FORTY MILLION, SEVEN HUNDRED FIFTY-ONE THOUSAND, THREE HUNDRED FORTY-SEVEN AND 32/100 DOLLARS (**$40,751,347.32**); and

WHEREAS, Defendant has filed an appeal to the United States Court of Appeals for the Eighth Circuit from the pre-judgment interest order entered on the 17th of November, 2020 in Case Number 20-3481; and

WHEREAS, Defendant has sought review of the Eighth Circuit's June 26, 2020 opinion in the Supreme Court of the United States by timely filing a petition for a writ of certiorari on January 21, 2021 in case number 20-1008; and

WHEREAS, on the 25th day of JANUARY, 2021, an amended judgment was rendered by this Court in the above-entitled action in favor of the Plaintiff, **MICHAEL VOGT, individually and on behalf of a class of similarly situated persons**, and against the Defendant **STATE FARM LIFE INSURANCE COMPANY**, adjusting and decreeing that the Plaintiff recover from said Defendant, in the amount of the October 12, 2018 judgment ($34,322,414.84), the amount of the pre-judgment interest award on November 17, 2020 ($4,521,674.38), plus post-judgment interest, which continues to accrue; and

WHEREAS, post-judgment interest continues to accrue at the rate of 2.23 percent compounded annually on the amount of the original judgment and will accrue on the amount of an amended judgment if and when entered by the United States District Court for the Western District of Missouri; and

WHEREAS, the Defendant, pursuant to Rule 62 of the Federal Rules of Civil Procedure, will move to obtain a stay of execution of said judgment by Order of this Court while such appeal and further proceedings are pending; conditioned upon the post of Supersedeas Bond totaling FORTY-TWO MILLION, FIVE HUNDRED EIGHTY-NINE THOUSAND, ONE HUNDRED TWENTY-TWO AND 65/100 DOLLARS (**$42,589,122.65**); and

WHEREAS, the Defendant and the Surety identified herein furnish this Bond for the purpose of securing the Defendant's obligations under the Judgment identified above and for the purpose of staying any execution of judgment.

NOW, THEREFORE, the condition of this obligation is such that if the judgments of the U.S. District Court for the Western District of Missouri be upheld against **STATE FARM LIFE INSURANCE COMPANY** (defendant) in both: (1) the current proceeding in the United States Supreme Court in case number 20-1008 (through denial of the petition for writ of certiorari to the United States Supreme Court or a decision to affirm the judgment after granting the petition for writ of certiorari), together with any further proceedings in the Supreme Court or the lower courts following the Supreme Court's final disposition; and (2) the appeal now pending in the Eighth Circuit United States Court of Appeals in Case No. 20-3481, together with any further proceedings in the Supreme Court or the lower courts following the Eighth Circuit's final disposition; and State Farm Life Insurance Company has defaulted on its obligations following the resolution of the foregoing appeals and demand for payment by Plaintiff, **STATE FARM FIRE AND CASUALTY COMPANY** (surety) shall perform the obligations of **STATE FARM LIFE INSURANCE COMPANY** (defendant) with respect to such Judgment of said Court and pay all such damages as limited herein as may be necessary to satisfy said judgment.

However, in no event shall this Surety's obligation exceed the sum of $42,589,122.65

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Sealed with our seals and dated this _____ day of _____.

  State Farm Life Insurance Company (Principal)

BY:_____

State Farm Fire and Casualty Company (Surety)

BY: _____
      Attorney-in-fact

_____
License Resident Agent (If Required)

Approved this _____ day of _____.

_____
Judge

SFB-500021XX