# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL G. VOGT, et al., individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM LIFE INSURANCE COMPANY, )<br>)<br>)<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 2:16-CV-04170 NKL |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Notice is hereby given that Defendant State Farm Life Insurance Company hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's Amended Judgment, entered on January 25, 2021, which incorporates the Court's prior Order on Plaintiff's Motion for Prejudgment Interest (Docket No. 440), and intends to move to consolidate the appeal of the amended judgment with its pending appeal No. 20-3481, appealing the Order on Plaintiff's Motion for Prejudgment Interest (Docket No. 440), signed by the Court and entered in this action on the 17th day of November, 2020.

Respectfully submitted,

**STINSON LLP**

By: /s/Jeremy A. Root
Jeremy A. Root, MO Bar # 59451
230 W. McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263 (Telephone)
(573) 636-6231 (Facsimile)
jeremy.root@stinson.com
*Attorney for Defendant*
State Farm Life Insurance Company

Todd A. Noteboom (*pro hac vice*)
William L. Greene (*pro hac vice*)
50 South Sixth St., Suite 2600
Minneapolis, MN 55402
(612) 335-1500 (Telephone)
todd.noteboom@stinson.com
william.greene@stinson.com

*Attorneys for Defendant*
**State Farm Life Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the court's ECF filing service on the 16th day of February, 2021, which will notify all parties of record.

*/s/ Jeremy A. Root*