# MISSOURI WESTERN DISTRICT – **JEFFERSON CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

Case Caption:
Vogt v. State Farm Life Insurance Company

Case No. 2:16-cv-04170-NKL

Appellant: State Farm Life Insurance Company

Appellee: Michael G. Vogt

Appellant's Attorney(s):
Bradley J Andreozzi
Faegre Drinker Biddle & Reath LLP
191 N. Wacker Dr.
Ste. 3700
Chicago, IL 60606
312-569-1173
Email: bradley.andreozzi@faegredrinker.com

Charles W. Hatfield
Stinson LLP - JC
230 W. McCarty Street
Jefferson City, MO 65101
573-636-6263
Fax: 573-556-3632
Email: chuck.hatfield@stinson.com

Jeremy A. Root
Stinson LLP - JC
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
Fax: (573) 636-6231
Email: jeremy.root@stinson.com

Todd A Noteboom
Stinson LLP - Minneapolis
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
612-335-1894
Email: todd.noteboom@stinson.com

Wayne B Mason
Drinker Biddle & Reath LLP
1717 Main Street
Suite 5400
Dallas
Dallas, TX 75201
469-357-2502
Email: wayne.mason@dbr.com

William L. Greene
Stinson LLP - Minneapolis
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1568
Email: william.greene@stinson.com

Appellee's Attorney(s):
Bradley Wilders
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7126
Fax: (816) 714-7101
Email: wilders@stuevesiegel.com

Norman Eli Siegel
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7112
Fax: (816) 714-7101
Email: siegel@stuevesiegel.com

Ethan M Lange
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
Fax: 816-714-7101
Email: lange@stuevesiegel.com

John J. Schirger
Miller Schirger, LLC
4520 Main St.
Ste. 1570
Kansas City, MO 64111
(816) 561-6500
Fax: (816)561-6501
Email: jschirger@millerschirger.com

Joseph M Feierabend
Miller Schirger, LLC
4520 Main St.
Ste. 1570
Kansas City, MO 64111
(816) 561-6500
Fax: (816) 561-6501
Email: jfeierabend@millerschirger.com

Lindsay Todd Perkins
Stueve Siegel Hanson, LLP - KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
Fax: 816-714-7101
Email: perkins@stuevesiegel.com
ATTORNEY TO BE NOTICED

|  |  |  |
|---|---|---|
|  | Matthew W. Lytle | |
|  | Miller Schirger, LLC | |
|  | 4520 Main St. | |
|  | Ste. 1570 | |
|  | Kansas City, MO 64111 | |
|  | (816)561-6500 | |
|  | Fax: (816) 561-6510 | |
|  | Email: mlytle@millerschirger.com | |
|  | | |
|  | Patrick J. Stueve | |
|  | Stueve Siegel Hanson, LLP - KCMO | |
|  | 460 Nichols Road | |
|  | Suite 200 | |
|  | Kansas City, MO 64112 | |
|  | (816) 714-7110 | |
|  | Fax: (816) 714-7101 | |
|  | Email: stueve@stuevesiegel.com | |

Court Reporter(s):
N/A

Please return files and documents to:

United States District Court
Clerk's Office
80 Lafayette Street
Jefferson City, MO 65101

Contact Person for Appeal:
Melissa Warren 573-636-4015

| Length of Trial: | Fee: Paid | IFP: No | Pending IFP Motion? No |
|---|---|---|---|
| Counsel: | Pending Motions? Yes | Local Interest? No | Simultaneous Release? No |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

| **Defendant Incarcerated?** | **Where?** | **Multiple Defendants? If so, please list** |
|---|---|---|
|  |  | No |

**Special Comments:**

Pending motions:
- Motion for bond approval and stay execution of judgment (doc 461)
- MOTION for leave to file *Surreply in Opposition to Plaintiff's Application for a Writ of Execution (doc 455)*