IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. VOGT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant | Case No. 2:16-CV-04170-NKL |

## *ROGOWSKI* PLAINTIFFS' NOTICE OF RELATED ACTION

Plaintiffs David M. Rogowski and Joyce Thomas, individually and on behalf of all others similarly situated, hereby provide notice that on March 25, 2022, the undersigned counsel filed the action captioned *Rogowski v. State Farm Life Insurance Co.*, Case No. 4:22-cv-00203-LMC, in the United States District Court for the Western District of Missouri, Central Division. This action is related to the above-captioned certified class action

Both cases involve the same or similar parties, in that Plaintiffs were class members in the class action against State Farm Life Insurance Co. in *Vogt* and are the plaintiffs in the *Rogowski* action against State Farm Life Insurance Co. Both cases arise from State Farm's practices in deducting unauthorized amounts from the account values of its Form 94030 universal life insurance policyholders. And both cases involve the same or similar questions of law in that *Rogowski* plaintiffs seek to damages due to cost of insurance overcharges that occurred following the judgment in *Vogt* and according to the controlling policy interpretation adopted in that case.

Now that Defendant by and through its counsel has waived service of summons (*see Rogowski*, Dkt. 3), Plaintiffs wish to advise the Court of this issue, pursuant to Local Rule 83.9(c), which states, "The Clerk must transfer a case to another judge if: (1) The transferring judge and the receiving judge mutually consent; . . . or (4) The case is related to another case filed in the District, in which instance the later-filed case must be transferred to the judge with the earlier-filed case, regardless of whether the earliest filed case is pending."

DATED this 15th day of April, 2022.

Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel (MO Bar # 44378)
siegel@stuevesiegel.com
Bradley T. Wilders (MO Bar # 60444)
wilders@stuevesiegel.com
Lindsay Todd Perkins (MO Bar # 60004)
perkins@stuevesiegel.com
Ethan M. Lange (MO Bar # 67857)
lange@stuevesiegel.com
David A. Hickey (MO Bar # 62222)
hickey@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-561-6501

John J. Schirger (MO Bar # 60583)
jschirger@millerschirger.com
Matthew W. Lytle (MO Bar # 57145)
mlytle@millerschirger.com
Joseph M. Feierabend (MO Bar # 62563)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel:    816-561-6500
Fax:    816-714-7101

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of record.

        /s/ *Norman E. Siegel*
        Attorney for Plaintiffs